UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| TROY ALLEN POWNELL, Special Administrator of the Unsupervised ESTATE OF TROY DEAN POWNELL, Deceased,<br><br>       Plaintiff,<br><br>  v.<br><br>ROBERT GOLDSMITH, in his official capacity as Sheriff of Tippecanoe County; THOMAS LEHMAN, in his official capacity as Jail Commander of the Tippecanoe County Jail; CARRIE MORGAN, in her individual capacity as Assistant Jail Commander of the Tippecanoe County Jail; PAUL WYANT, in his individual capacity as a jail officer of the Tippecanoe County Jail; BAILEY CLARK, in his individual capacity as a jail officer of the Tippecanoe County Jail; MAKENZIE CHEEVER, in her individual capacity as a jail officer of the Tippecanoe County Jail; COLE ZIMMER, in his individual capacity as a jail officer of the Tippecanoe County Jail; QUALITY CORRECTIONAL CARE, LLC; MONICA FLORES, L.P.N., in her individual capacity; and BRIANA FRAZIER, L.P.N., in her individual capacity,<br><br>       Defendants. | CAUSE NO.: 4:25-cv-0043 |

**SUMMONS IN A CIVIL ACTION**

**To:** **Makenzie Cheever**
   **Tippecanoe County Sheriff's Department**
   **2640 Duncan Road**
   **Lafayette, IN 47904**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you receive it) – 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose names and addresses are:

| | |
|---|---|
| Stephen M. Wagner, Esq.<br>WAGNER REESE, LLP<br>11939 North Meridian Street, Suite 100<br>Carmel, IN 46032 | Susannah M. Hall-Justice, Esq.<br>HALL-JUSTICE LAW FIRM LLC<br>200 Ferry Street, Suite A<br>Lafayette, IN 47902 |

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                            CLERK OF COURT

Date: _____                _____
                                                    *Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| TROY ALLEN POWNELL, Special Administrator of the Unsupervised ESTATE OF TROY DEAN POWNELL, Deceased,<br><br>                              Plaintiff,<br><br>      v.<br><br>ROBERT GOLDSMITH, in his official capacity as Sheriff of Tippecanoe County; THOMAS LEHMAN, in his official capacity as Jail Commander of the Tippecanoe County Jail; CARRIE MORGAN, in her individual capacity as Assistant Jail Commander of the Tippecanoe County Jail; PAUL WYANT, in his individual capacity as a jail officer of the Tippecanoe County Jail; BAILEY CLARK, in his individual capacity as a jail officer of the Tippecanoe County Jail; MAKENZIE CHEEVER, in her individual capacity as a jail officer of the Tippecanoe County Jail; COLE ZIMMER, in his individual capacity as a jail officer of the Tippecanoe County Jail; QUALITY CORRECTIONAL CARE, LLC; MONICA FLORES, L.P.N., in her individual capacity; and BRIANA FRAZIER, L.P.N., in her individual capacity,<br><br>                              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CAUSE NO.: 4:25-cv-0043<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

**To:**    **Bailey Clark**
          **Tippecanoe County Sheriff's Department**
          **2640 Duncan Road**
          **Lafayette, IN 47904**

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you receive it) – 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose names and addresses are:

| | |
|---|---|
| Stephen M. Wagner, Esq.<br>WAGNER REESE, LLP<br>11939 North Meridian Street, Suite 100<br>Carmel, IN 46032 | Susannah M. Hall-Justice, Esq.<br>HALL-JUSTICE LAW FIRM LLC<br>200 Ferry Street, Suite A<br>Lafayette, IN 47902 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| TROY ALLEN POWNELL, Special Administrator of the Unsupervised ESTATE OF TROY DEAN POWNELL, Deceased,<br><br>       Plaintiff,<br><br>  v.<br><br>ROBERT GOLDSMITH, in his official capacity as Sheriff of Tippecanoe County; THOMAS LEHMAN, in his official capacity as Jail Commander of the Tippecanoe County Jail; CARRIE MORGAN, in her individual capacity as Assistant Jail Commander of the Tippecanoe County Jail; PAUL WYANT, in his individual capacity as a jail officer of the Tippecanoe County Jail; BAILEY CLARK, in his individual capacity as a jail officer of the Tippecanoe County Jail; MAKENZIE CHEEVER, in her individual capacity as a jail officer of the Tippecanoe County Jail; COLE ZIMMER, in his individual capacity as a jail officer of the Tippecanoe County Jail; QUALITY CORRECTIONAL CARE, LLC; MONICA FLORES, L.P.N., in her individual capacity; and BRIANA FRAZIER, L.P.N., in her individual capacity,<br><br>       Defendants. | CAUSE NO.: 4:25-cv-0043 |

**SUMMONS IN A CIVIL ACTION**

To: **Monica Flores, L.P.N.**
   **Quality Correctional Care, LLC**
   **12900 North Meridian Street, Suite 140**
   **Carmel, IN 46032**

 A lawsuit has been filed against you.

 Within 21 days after service of this summons on you (not counting the day you receive it) – 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose names and addresses are:

| | |
|---|---|
| Stephen M. Wagner, Esq.<br>WAGNER REESE, LLP<br>11939 North Meridian Street, Suite 100<br>Carmel, IN 46032 | Susannah M. Hall-Justice, Esq.<br>HALL-JUSTICE LAW FIRM LLC<br>200 Ferry Street, Suite A<br>Lafayette, IN 47902 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| TROY ALLEN POWNELL, Special Administrator of the Unsupervised ESTATE OF TROY DEAN POWNELL, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT GOLDSMITH, in his official capacity as Sheriff of Tippecanoe County; THOMAS LEHMAN, in his official capacity as Jail Commander of the Tippecanoe County Jail; CARRIE MORGAN, in her individual capacity as Assistant Jail Commander of the Tippecanoe County Jail; PAUL WYANT, in his individual capacity as a jail officer of the Tippecanoe County Jail; BAILEY CLARK, in his individual capacity as a jail officer of the Tippecanoe County Jail; MAKENZIE CHEEVER, in her individual capacity as a jail officer of the Tippecanoe County Jail; COLE ZIMMER, in his individual capacity as a jail officer of the Tippecanoe County Jail; QUALITY CORRECTIONAL CARE, LLC; MONICA FLORES, L.P.N., in her individual capacity; and BRIANA FRAZIER, L.P.N., in her individual capacity,<br><br>Defendants. | CAUSE NO.: 4:25-cv-0043 |

**SUMMONS IN A CIVIL ACTION**

**To:** **Briana Frazier, L.P.N.**
**Quality Correctional Care, LLC**
**12900 North Meridian Street, Suite 140**
**Carmel, IN 46032**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you receive it) – 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose names and addresses are:

| | |
|---|---|
| Stephen M. Wagner, Esq.<br>WAGNER REESE, LLP<br>11939 North Meridian Street, Suite 100<br>Carmel, IN 46032 | Susannah M. Hall-Justice, Esq.<br>HALL-JUSTICE LAW FIRM LLC<br>200 Ferry Street, Suite A<br>Lafayette, IN 47902 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| TROY ALLEN POWNELL, Special Administrator of the Unsupervised ESTATE OF TROY DEAN POWNELL, Deceased,<br><br>                       Plaintiff,<br><br>v.<br><br>ROBERT GOLDSMITH, in his official capacity as Sheriff of Tippecanoe County; THOMAS LEHMAN, in his official capacity as Jail Commander of the Tippecanoe County Jail; CARRIE MORGAN, in her individual capacity as Assistant Jail Commander of the Tippecanoe County Jail; PAUL WYANT, in his individual capacity as a jail officer of the Tippecanoe County Jail; BAILEY CLARK, in his individual capacity as a jail officer of the Tippecanoe County Jail; MAKENZIE CHEEVER, in her individual capacity as a jail officer of the Tippecanoe County Jail; COLE ZIMMER, in his individual capacity as a jail officer of the Tippecanoe County Jail; QUALITY CORRECTIONAL CARE, LLC; MONICA FLORES, L.P.N., in her individual capacity; and BRIANA FRAZIER, L.P.N., in her individual capacity,<br><br>                       Defendants. | CAUSE NO.: 4:25-cv-0043 |

**SUMMONS IN A CIVIL ACTION**

**To:**    Thomas Lehman, Jail Commander
         Tippecanoe County Sheriff's Department
         2640 Duncan Road
         Lafayette, IN 47904

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you receive it) – 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose names and addresses are:

| | |
|---|---|
| Stephen M. Wagner, Esq.<br>WAGNER REESE, LLP<br>11939 North Meridian Street, Suite 100<br>Carmel, IN 46032 | Susannah M. Hall-Justice, Esq.<br>HALL-JUSTICE LAW FIRM LLC<br>200 Ferry Street, Suite A<br>Lafayette, IN 47902 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____     _____

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| TROY ALLEN POWNELL, Special Administrator of the Unsupervised ESTATE OF TROY DEAN POWNELL, Deceased,<br><br>      Plaintiff,<br><br>v.<br><br>ROBERT GOLDSMITH, in his official capacity as Sheriff of Tippecanoe County; THOMAS LEHMAN, in his official capacity as Jail Commander of the Tippecanoe County Jail; CARRIE MORGAN, in her individual capacity as Assistant Jail Commander of the Tippecanoe County Jail; PAUL WYANT, in his individual capacity as a jail officer of the Tippecanoe County Jail; BAILEY CLARK, in his individual capacity as a jail officer of the Tippecanoe County Jail; MAKENZIE CHEEVER, in her individual capacity as a jail officer of the Tippecanoe County Jail; COLE ZIMMER, in his individual capacity as a jail officer of the Tippecanoe County Jail; QUALITY CORRECTIONAL CARE, LLC; MONICA FLORES, L.P.N., in her individual capacity; and BRIANA FRAZIER, L.P.N., in her individual capacity,<br><br>      Defendants. | CAUSE NO.: 4:25-cv-0043 |

**SUMMONS IN A CIVIL ACTION**

**To:**  **Carrie Morgan**
    **Tippecanoe County Sheriff's Department**
    **2640 Duncan Road**
    **Lafayette, IN 47904**

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you receive it) – 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose names and addresses are:

| | |
|---|---|
| Stephen M. Wagner, Esq.<br>WAGNER REESE, LLP<br>11939 North Meridian Street, Suite 100<br>Carmel, IN 46032 | Susannah M. Hall-Justice, Esq.<br>HALL-JUSTICE LAW FIRM LLC<br>200 Ferry Street, Suite A<br>Lafayette, IN 47902 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| TROY ALLEN POWNELL, Special Administrator of the Unsupervised ESTATE OF TROY DEAN POWNELL, Deceased,<br><br>      Plaintiff,<br><br>v.<br><br>ROBERT GOLDSMITH, in his official capacity as Sheriff of Tippecanoe County; THOMAS LEHMAN, in his official capacity as Jail Commander of the Tippecanoe County Jail; CARRIE MORGAN, in her individual capacity as Assistant Jail Commander of the Tippecanoe County Jail; PAUL WYANT, in his individual capacity as a jail officer of the Tippecanoe County Jail; BAILEY CLARK, in his individual capacity as a jail officer of the Tippecanoe County Jail; MAKENZIE CHEEVER, in her individual capacity as a jail officer of the Tippecanoe County Jail; COLE ZIMMER, in his individual capacity as a jail officer of the Tippecanoe County Jail; QUALITY CORRECTIONAL CARE, LLC; MONICA FLORES, L.P.N., in her individual capacity; and BRIANA FRAZIER, L.P.N., in her individual capacity,<br><br>      Defendants. | CAUSE NO.: 4:25-cv-0043 |

**SUMMONS IN A CIVIL ACTION**

**To:**   **Quality Correctional Care, LLC**
    **c/o Lisa Scroggins, Registered Agent**
    **12900 North Meridian Street, Suite 140**
    **Carmel, IN 46032**

 A lawsuit has been filed against you.

 Within 21 days after service of this summons on you (not counting the day you receive it) – 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose names and addresses are:

| | |
|---|---|
| Stephen M. Wagner, Esq.<br>WAGNER REESE, LLP<br>11939 North Meridian Street, Suite 100<br>Carmel, IN 46032 | Susannah M. Hall-Justice, Esq.<br>HALL-JUSTICE LAW FIRM LLC<br>200 Ferry Street, Suite A<br>Lafayette, IN 47902 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____   _____

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| TROY ALLEN POWNELL, Special Administrator of the Unsupervised ESTATE OF TROY DEAN POWNELL, Deceased,<br><br>      Plaintiff,<br><br>v.<br><br>ROBERT GOLDSMITH, in his official capacity as Sheriff of Tippecanoe County; THOMAS LEHMAN, in his official capacity as Jail Commander of the Tippecanoe County Jail; CARRIE MORGAN, in her individual capacity as Assistant Jail Commander of the Tippecanoe County Jail; PAUL WYANT, in his individual capacity as a jail officer of the Tippecanoe County Jail; BAILEY CLARK, in his individual capacity as a jail officer of the Tippecanoe County Jail; MAKENZIE CHEEVER, in her individual capacity as a jail officer of the Tippecanoe County Jail; COLE ZIMMER, in his individual capacity as a jail officer of the Tippecanoe County Jail; QUALITY CORRECTIONAL CARE, LLC; MONICA FLORES, L.P.N., in her individual capacity; and BRIANA FRAZIER, L.P.N., in her individual capacity,<br><br>      Defendants. | CAUSE NO.: 4:25-cv-0043 |

**SUMMONS IN A CIVIL ACTION**

To: Sheriff Robert Goldsmith
   Tippecanoe County Sheriff's Department
   2640 Duncan Road
   Lafayette, IN 47904

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you receive it) – 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose names and addresses are:

| | |
|---|---|
| Stephen M. Wagner, Esq.<br>WAGNER REESE, LLP<br>11939 North Meridian Street, Suite 100<br>Carmel, IN 46032 | Susannah M. Hall-Justice, Esq.<br>HALL-JUSTICE LAW FIRM LLC<br>200 Ferry Street, Suite A<br>Lafayette, IN 47902 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                    _____

                                                                        *Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| TROY ALLEN POWNELL, Special Administrator of the Unsupervised ESTATE OF TROY DEAN POWNELL, Deceased,<br><br>      Plaintiff,<br><br> v.<br><br>ROBERT GOLDSMITH, in his official capacity as Sheriff of Tippecanoe County; THOMAS LEHMAN, in his official capacity as Jail Commander of the Tippecanoe County Jail; CARRIE MORGAN, in her individual capacity as Assistant Jail Commander of the Tippecanoe County Jail; PAUL WYANT, in his individual capacity as a jail officer of the Tippecanoe County Jail; BAILEY CLARK, in his individual capacity as a jail officer of the Tippecanoe County Jail; MAKENZIE CHEEVER, in her individual capacity as a jail officer of the Tippecanoe County Jail; COLE ZIMMER, in his individual capacity as a jail officer of the Tippecanoe County Jail; QUALITY CORRECTIONAL CARE, LLC; MONICA FLORES, L.P.N., in her individual capacity; and BRIANA FRAZIER, L.P.N., in her individual capacity,<br><br>      Defendants. | CAUSE NO.: 4:25-cv-0043 |

## SUMMONS IN A CIVIL ACTION

**To:** **Paul Wyant**
   **Tippecanoe County Sheriff's Department**
   **2640 Duncan Road**
   **Lafayette, IN 47904**

 A lawsuit has been filed against you.

 Within 21 days after service of this summons on you (not counting the day you receive it) – 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose names and addresses are:

| | |
|---|---|
| Stephen M. Wagner, Esq.<br>WAGNER REESE, LLP<br>11939 North Meridian Street, Suite 100<br>Carmel, IN 46032 | Susannah M. Hall-Justice, Esq.<br>HALL-JUSTICE LAW FIRM LLC<br>200 Ferry Street, Suite A<br>Lafayette, IN 47902 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____

*Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| TROY ALLEN POWNELL, Special Administrator of the Unsupervised ESTATE OF TROY DEAN POWNELL, Deceased,<br><br>       Plaintiff,<br><br>v.<br><br>ROBERT GOLDSMITH, in his official capacity as Sheriff of Tippecanoe County; THOMAS LEHMAN, in his official capacity as Jail Commander of the Tippecanoe County Jail; CARRIE MORGAN, in her individual capacity as Assistant Jail Commander of the Tippecanoe County Jail; PAUL WYANT, in his individual capacity as a jail officer of the Tippecanoe County Jail; BAILEY CLARK, in his individual capacity as a jail officer of the Tippecanoe County Jail; MAKENZIE CHEEVER, in her individual capacity as a jail officer of the Tippecanoe County Jail; COLE ZIMMER, in his individual capacity as a jail officer of the Tippecanoe County Jail; QUALITY CORRECTIONAL CARE, LLC; MONICA FLORES, L.P.N., in her individual capacity; and BRIANA FRAZIER, L.P.N., in her individual capacity,<br><br>       Defendants. | CAUSE NO.: 4:25-cv-0043 |

**SUMMONS IN A CIVIL ACTION**

To: **Cole Zimmer**
   **Tippecanoe County Sheriff's Department**
   **2640 Duncan Road**
   **Lafayette, IN 47904**

 A lawsuit has been filed against you.

 Within 21 days after service of this summons on you (not counting the day you receive it) – 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose names and addresses are:

| | |
|---|---|
| Stephen M. Wagner, Esq.<br>WAGNER REESE, LLP<br>11939 North Meridian Street, Suite 100<br>Carmel, IN 46032 | Susannah M. Hall-Justice, Esq.<br>HALL-JUSTICE LAW FIRM LLC<br>200 Ferry Street, Suite A<br>Lafayette, IN 47902 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*